THOMAS RILEY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 12, 2004; decided November 23, 2004

Motion for reargument denied [*see* 3 NY3d 668]. Motion for poor person relief dismissed as academic.

SWEENEY, COHN, STAHL & VACCARO et al., Respondents, v AMY KANE, Defendant, and GEORGE KANE et al., Appellants.

Submitted August 30, 2004; decided November 23, 2004

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).